**LISA SCOLARI**
Attorney at Law
20 VESEY STREET, SUITE 400
NEW YORK, NEW YORK 10007
scolarilaw@gmail.com
(212) 227-8899

| USDC SDNY |
|---|
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #:_____ |
| DATE FILED: 4/14/2026 |

April 14, 2026

Hon. Mary Kay Vyskocil
United States District Court
500 Pearl Street
New York, N.Y. 10007
*via ECF*

Re: United States v. Keiswuel Palacios-Milano,
25 Cr. 76 (MKV)

Your Honor,

    I represent Keiswuel Palacios-Milano but will be unable to appear at the April 17, 2026 conference. I will be out of town and request permission for Kenneth Womble, Esq. to appear for Mr. Palacios Milano on my behalf. The April 17, 2026 conference was set by the Court's January 15, 2026 order before Mr. Palacios Milano was superseded into the instant case on February 13, 2026.

    Mr. Palacios Milano is aware of my inability to appear and consents to have Mr. Womble stand in for me.

Respectfully,

*Lisa Scolari*

Lisa Scolari

**Granted. SO ORDERED.**

Counsel and defendant will be bound by what is discussed and ordered at the conference.

Date: 4/14/2026
New York, New York

Mary Kay Vyskocil
United States District Judge