**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------x
                               :

UNITED STATES OF AMERICA    :

      -against-         :

Keiswuel Orlando Palacios Milano :
                               :

----------------------------------------x

|  |
|---|
| USDC SDNY |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #:_____ |
| DATE FILED: 6/16/2026 |

**ORDER**

25-cr-76-25 (MKV)
Docket #

Mary Kay Vyskocil , **DISTRICT JUDGE:**
      Judge's Name

The C.J.A. attorney assigned to this case

Lisa Scolari
      Attorney's Name         is hereby ordered substituted

and the representation of the defendant in the above captioned

matter is assigned to Zachary Margulis-Ohnuma , NUNC-PRO-TUNC 6/16/2026 .

                Attorney's Name

                         **SO ORDERED.**

                       *Mary Kay Vyskocil*
                **UNITED STATES DISTRICT JUDGE**

**Dated:**   **June 16th, 2026**
         **New York, New York**