# ZMO LAW PLLC

September 14, 2026

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_________________
DATE FILED: 9/15/2026

***Via ECF and email***

Hon. Mary Kay Vyskocil
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

RE: *United States v. Keiswuel Palacios-Milano*, Case No. 25 Cr. 76 (MKV)

Dear Judge Vyskocil:

This office represents Keiswuel Palacios-Milano in the above-captioned matter pursuant to an appointment under the Criminal Justice Act ("CJA"). I write to respectfully request the Court's authorization to submit interim CJA vouchers for myself, co-counsel Tess Cohen, and paralegal Camila Matamoros. Interim vouchers are appropriate in this instance because of the extensive discovery materials that we have been working on and because trial is not scheduled until May 2027.

Thank you for your attention to this case.

**Granted. SO ORDERED.**

Date: 9/15/2026
New York, New York

Mary Kay Vyskocil
Mary Kay Vyskocil
United States District Judge

Very truly yours,

Zachary Margulis-Ohnuma

Zachary Margulis-Ohnuma
Principal Attorney

353 LEXINGTON AVENUE, SUITE 900 • NEW YORK, NY 10016
(212) 685-0999 • ZACH@ZMOLAW.COM
WWW.ZMOLAW.COM